JAP:JRL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

JAVAR MINOTT,

        Defendant.

- - - - - - - - - - - - - - - - -X

**12 M 644**

AFFIDAVIT IN SUPPORT OF
REMOVAL TO THE WESTERN
DISTRICT OF NORTH CAROLINA

(Fed. R. Crim. P. 5(c))

EASTERN DISTRICT OF NEW YORK, SS:

      SANDY RAO, being duly sworn, deposes and says that he is a Deputy United States Marshal with the United States Marshals Service, duly appointed according to law and acting as such.

      Upon information and belief, on March 15, 2012, an arrest warrant was issued by the United States District Court for the Western District of North Carolina, commanding the arrest of the defendant JAVAR MINOTT, for conspiracy to possess with intent to distribute marijuana in violation of Title 21, United States Code, Sections 846 and 841; conspiracy to launder proceeds of drug trafficking in violation of Title 18, United States Code, Section 1956(h); and possession of a firearm in furtherance of drug trafficking in violation of Title 18, United States Code, Section 924(c).

      The source of your deponent's information and the grounds for his belief are as follows:

      1.   On March 15, 2012, an arrest warrant was issued by the United States District Court for the Western District of North Carolina, commanding the arrest of the defendant JAVAR

MINOTT, for conspiracy to possess with intent to distribute marijuana in violation of Title 21, United States Code, Sections 846 and 841; conspiracy to launder proceeds of drug trafficking in violation of Title 18, United States Code, Section 1956(h); and possession of a firearm in furtherance of drug trafficking in violation of Title 18, United States Code, Section 924(c). The arrest warrant was issued following a criminal complaint being filed in that district. A copy of the arrest warrant, complaint, and affidavit in support of the complaint are attached hereto.

2. The United States Marshals Service Task Force in the Western District of North Carolina informed the United States Marshals Service in New York that the defendant JAVAR MINOTT had an outstanding warrant in the Western District of North Carolina and provided the defendant's photograph, pedigree information, and address. On July 9, 2012, Deputy United States Marshals and Task Force Officers from the United States Marshals Service proceeded to the address in Queens, New York, provided by the United States Marshals Service in the Western District of North Carolina. The door to the address was wide open. I knocked and then proceeded inside, where I observed the defendant. Defendant JAVAR MINOTT matched the photograph of the defendant provided by the United States Marshals Service in the Western District of North Carolina. Defendant JAVAR MINOTT also confirmed his identity, social security number, and date of birth, and identified a picture of himself.

3. It is the desire of the United States Attorney for

2

the Western District of North Carolina that the defendant JAVAR MINOTT be removed to that district for prosecution.

WHEREFORE, it is requested that the defendant JAVAR MINOTT be removed to the Western District of North Carolina so that he may be dealt with according to law.

_____
SANDY RAO
Deputy U.S. Marshal

Sworn to before me this
9th day of July, 2012

THE HON[ORABLE]   s/ Bloom   [JU]DGE
UNITED S[TATES]
EASTERN [DISTRICT OF NEW YORK]

3

AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

RECEIVED
MAR 19 2012
United States Marshals Service
Western North Carolina

United States of America )
v. )
) Case No. 3:12-mj-62
Javar MINOTT )
_____ )
Defendant )

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Javar MINOTT ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

From in or about 2010 to the present, the defendant conspired to possess with intent to distribute marijuana, in violation of Title 21, United States Code, Sections 846 and 841; conspired to launder proceeds of that drug trafficking offense, in violation of Title 18, United States Code, Section 1956(h); and possessed a firearm in furtherance of that drug trafficking crime, in violation of Title 18, United States Code, Section 924(c).

Date: 03/15/2012

*Issuing officer's signature*

City and state: Charlotte, North Carolina

Honorable David S. Cayer, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED
CHARLOTTE, NC

MAR 15 2012

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:12-mj-62 |
| | ) | |
| Javar MINOTT | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2010 to the present__ in the county of __Mecklenburg__ in the __Western__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846, 841 | Conspiracy to possess with intent to distribute marijuana |
| 18 U.S.C. 1956(h) | Conspiracy to launder proceeds of drug trafficking |
| 18 U.S.C. 924(c) | Possession of a firearm in furtherance of drug trafficking |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Richard G. Russell, DEA Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __03/15/2012__

_Judge's signature_

City and state: __Charlotte, North Carolina__   U.S. Magistrate Judge David S. Cayer
_Printed name and title_

## ATTACHMENT A:
### Affidavit in Support of Criminal Complaint and Arrest Warrant for Javar MINOT

I, Richard G. Russell, Special Agent with the United States Drug Enforcement Administration (DEA), being duly sworn, state as follows:

### BACKGROUND/INTRODUCTION

1. I am an investigator or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered to conduct investigations of, and to make arrests for, the offenses enumerated in Title 18, United States Code, Section 2516.

2. DEA 11 years (ST. Louis Field Division for 2 years and the past 9 years in Charlotte) and 6 years with Charleston P.D.

3. I have been involved in more than 100 federal investigations involving narcotics trafficking organizations and their related criminal activity. Through investigations and training, I have become familiar with the methods and schemes employed by narcotics dealers to obtain and distribute illegal narcotics.

4. As a result of my personal participation in the investigation of matters referred to in this affidavit, and based upon reports made to me by other law enforcement officials, I am familiar with the facts and circumstances of this investigation. The information contained in this affidavit is provided for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for **Javar MINOTT**; therefore, I have not included each and every fact known to me concerning this investigation. I submit this Affidavit in support of my belief that the Defendant has unlawfully conspired to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Sections 846 and 841; conspired to launder proceeds of that drug trafficking offense, in violation of Title 18,

1

United States Code, Section 1956(h); and possessed a firearm in furtherance of that drug trafficking crime, in violation of Title 18, United States Code, Section 924(c).

### SYNOPSIS OF INVESTIGATION

5. I received information in July 2010 indicating that Javar MINOTT was possibly involved in criminal activity. In November 2010, law enforcement conducted a consent search of 4424 Staffordshire Lane, Charlotte, a location that MINOTT might have been using for narcotics activities. In that location, law enforcement seized several items that appeared to be related to drug trafficking, to include U.S. currency, plastic wrap, rubber bands, a small amount of marijuana, and ledger notes. Prior to the search, MINOTT's wife admitted that she had made bank deposits for MINOTT.

6. On June 21, 2010, an individual was stopped in a vehicle in Memphis, Tennessee, en route to Los Angeles, California, in possession of approximately $262,369 in U.S. currency. The individual admitted, against his/her penal interests, that MINOTT paid him/her to go to Charlotte, obtain the money, and take it to Los Angeles. Flight records indicate that MINOTT purchased the individual's travel on June 16, 2010.

7. On September 1, 2010, MINOTT was arrested in the Houston, Texas, airport with approximately $187,779 in U.S. currency, which he admitted belonged to him.

8. In November 2011, a task force officer observed an abandoned crate consistent with the type used to transport marijuana in multi-pound quantities, with a bill of lading indicating that the crate had been shipped to MINOTT's business, J Mintos Trucking, 5932 North Tryon Street, Charlotte. Business records indicate that J Mintos Trucking had received four crates from August 2011 through November 2011, with each crate weighing between 650 and 1,000 pounds.

9. On January 11, 2012, I learned that J Mintos Trucking would be receiving another crate, weighing 710 pounds, on January 16, 2012.

10. On January 13, 2012, law enforcement conducted a "trash pull" at 8718 Heron Glen Drive, Charlotte -- a location where law enforcement had observed MINOTT, and where law enforcement believed MINOTT stayed overnight on occasion -- and recovered several items containing suspected marijuana residue.

11. On January 16, 2012, a narcotics detection dog gave a positive alert to the presence of controlled substances in the crate destined for 5932 North Tryon Street (J Mintos Trucking) from California. They obtained a search warrant and found a large amount of suspected marijuana inside. Law enforcement then obtained a North Carolina State anticipatory search warrant for the crate's destination address (J Mintos Trucking, 5932 North Tryon Street).

12. Also on January 16, law enforcement conducted surveillance of MINOTT, following him from 8718 Heron Glen Drive and back again. Law enforcement eventually obtained a search warrant for the residence. They found the following:

- in the master bedroom, a .45 caliber handgun by the bed, a bundle of U.S. currency ($19,980) in a jacket in the closet, and some marijuana in a plastic bin, as well as a digital scale and some marijuana in the attached bathroom;

- in the second bedroom, which MINOTT admitted was the room where he stayed when he stayed at the residence, a stolen Glock .45 caliber handgun on the floor under the bed; and

- in the kitchen, a bag of marijuana in a cabinet next to the stove, a bag of marijuana and plastic wrap in a cabinet to the left of the sink, two food saver sealers, and a digital scale identical to the one found in the master bedroom.

13. After the crate was delivered on January 16, law enforcement executed the search warrant for J Mintos Trucking, and found approximately 476 pounds of marijuana in the crate, as well as a stolen 9mm Taurus handgun.

14. Based on my training and experience, I submit that the firearms found, at the residence and the business, were possessed by MINOTT in furtherance of the drug trafficking conspiracy described herein.

15. I and other law enforcement officials have reviewed bank records, which show hundreds of thousands of dollars, if not more than $1 million, in deposits from MINOTT to a suspected source of supply of marijuana. Based on my training and experience, I submit that the total amount of marijuana involved in the MINOTT conspiracy is in excess of 1,000 kilograms.

## CONCLUSION

Based upon training, experience, and the facts of this investigation, I submit that there is probable cause for a criminal complaint against, and arrest warrant for, Defendant Javar MINOTT for the Federal offenses stated herein; therefore, I request that the Court issue the same.

---

AFFIANT, SPECIAL AGENT RICHARD G. RUSSELL
DRUG ENFORCEMENT ADMINISTRATION

*AUSA Steven R. Kaufman has reviewed this Affidavit.*

Subscribed and sworn to by me this 15th day of March 2012.

---

THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE

5